91 A.3d 1235

**Louis SCHIAVONE, Appellee**

**v.**

**R.J. AVETA, Individually and t/a Creative Pools, Appellant.**

Supreme Court of Pennsylvania.

Argued May 6, 2014.

Decided May 16, 2014.

### ORDER

PER CURIAM.

**AND NOW,** this 16th day of May, 2014, the order of the Superior Court is hereby **AFFIRMED.**